IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.  4:05cr23-RH/WCS

BENJAMIN F. WATSON,

    Defendant.

_____/

**ORDER CONTINUING SENTENCING**

    Defendant Benjamin F. Watson's unopposed motion to continue sentencing (document 13) is GRANTED for the reasons set forth in the motion.  The sentencing is rescheduled for September 29, 2005, at 9:00 a.m.

    SO ORDERED this 21st day of July, 2005.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge