IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:05cr23-RH/WCS

BENJAMIN F. WATSON,

      Defendant.

_____/

## ORDER ON DEFENDANT'S REPRESENTATION

By September 7, 2005, defendant's attorney William Lance Gerlin *shall* secure admission to the bar of this court or assist defendant in arranging retention of a substitute attorney. If Mr. Gerlin has not been admitted to the bar of this court and a substitute attorney has not appeared by September 8, 2005, the clerk shall set a hearing at which defendant's representation may be addressed and such further action may be taken as may appear appropriate with respect to Mr. Gerlin's failure to comply with the court's rules regarding appearances of attorneys.

SO ORDERED this 29th day of August, 2005.

                                             s/Robert L. Hinkle
                                             Chief United States District Judge